UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

YOLONDA SHORT,
    Plaintiff

 -vs-

CLARITY SERVICES, INC.,
    Defendant

Case No. 2:16-CV-11304-BAF-RSW
Hon. Bernard A. Friedman
Magistrate Judge: R. Steven Whalen

    Defendants

| | |
|---|---|
| Sylvia Bolos (P-78715) | Tyler  Mathews |
| Attorney For Plaintiff | McDonald Hopkins, LLC |
| LYNGKLIP & ASSOCIATES | Attorney for Clarity Services, Inc. |
| CONSUMER LAW CENTER, PLC | 600 Superior Avenue East |
| 24500 Northwestern Hwy, Ste 206 | Suite 2100 |
| Southfield, MI  48075 | Cleveland, OH 44144 |
| T: (248) 208-8864 | T: 216-348-5742 |
| SylviaB@MichiganConsumerLaw.Com | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Having been advised by the stipulation of the parties below, it is ordered that the claims against Clarity Services, Inc. are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

The court retains jurisdiction for purposes of enforcing the settlement in this matter.

**So ordered**.

 S/ Bernard A. Friedman\_\_\_\_\_
Bernard A. Friedman

ENTERED on November 1, 2016

Stipulated To By:


s/ Sylvia Bolos                                    s/Tyler Matthews (with consent)
Sylvia Bolos (P-78715)                             Tyler  Mathews
LYNGKLIP & ASSOCIATES                              McDonald Hopkins, LLC
CONSUMER LAW CENTER, PLC                            Attorney for Clarity Services, Inc.
Attorney For Yolonda Short                         600 Superior Avenue East
24500 Northwestern Highway, Ste. 206               Suite 2100
Southfield, MI 48075                               Cleveland, OH 44144
PH: (248) 208-8864                                 T: 216-348-5742
SylviaB@MichiganConsumerLaw.Com